IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3141 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CARLOS OJEDA ACOSTA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's unopposed oral motion for a protective order, (filing no. 20), is granted. Copies of the government's Rule 16 disclosures shall not be distributed to anyone other than defendant's counsel and those within his office, and defense counsel shall not discuss the contents of the government's Rule 16 discovery with anyone other than the defendant.

2) The defendant's motion to restrict, (filing no. 15), is granted.

DATED this 14th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge